# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

LAVONNA LOUISE RINGO,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.

Case No.: 4:16-cv-00186-TWP-DML
Hon. Judge Tanya Walton Pratt
Mag. Judge Debra McVicker Lynch

## NOTICE OF SETTLEMENT

Defendant, I.C. System, Inc. ("Defendant"), by and through undersigned counsel, hereby informs the court that a settlement of this matter has been reached. The parties intend to file a Stipulation of Dismissal, which should be completed within the next 45 days. Defendant therefore requests that this Honorable Court vacate all dates currently set on calendar for this matter.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179
charity.olson@olsonlawpc.com

Dated: May 16, 2018

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby state that on May 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**