UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAVONNA LOUISE RINGO,<br><br>　　Plaintiff,<br><br>v.<br><br>I.C. SYSTEMS, INC.,<br><br>　　Defendant. | Case No. 4:16-cv-00186-TWP-DML<br><br>Honorable Judge Tanya W. Pratt<br><br>Honorable Magistrate Debra McVicker Lynch |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff LAVONNA LOUISE RINGO, and the Defendant, I.C. SYSTEMS, INC., through their respective counsel that the above-captioned action is dismissed, without prejudice, against I.C. SYSTEMS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 3, 2018                                          Respectfully Submitted,

**LAVONNA LOUISE RINGO**                          **I.C. SYSTEMS, INC.**

/s/ Nathan C. Volheim                                          /s/ Charity A. Olson (*with consent*)
Nathan C. Volheim                                                Charity A. Olson
*Counsel for Plaintiff*                                            *Counsel for Defendant*
Sulaiman Law Group, LTD                                  Varnum LLP
2500 S. Highland Avenue, Suite 200                300 N. 5th Ave., Suite 230
Lombard, Illinois 60148                                      Ann Arbor, Michigan 48104
Phone: (630) 575-8181                                       Phone:  (734) 372-2900
Fax :(630) 575-8188                                            caolson@varnumlaw.com
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
