UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LAVONNA LOUISE RINGO,<br><br>    Plaintiff,<br>v.<br><br>I.C. SYSTEMS, INC.,<br><br>    Defendant. | Case No. 4:16-cv-00186-TWP-DML<br><br>Honorable Judge Tanya W. Pratt<br><br>Honorable Magistrate Debra McVicker Lynch |

**ORDER OF DISMISSAL OF WITHOUT PREJUDICE**

Plaintiff, LAVONNA LOUISE RINGO ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court an Agreed Stipulation of Dismissal without prejudice and the Court having reviewed same, now finds that the Plaintiff's filed Complaint should be dismissed without prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

So Ordered.

Date: 9/4/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

Charity A. Olson
Varnum LLP
300 N. 5th Ave., Suite 230
Ann Arbor, Michigan 48104
Phone: (734) 372-2900
caolson@varnumlaw.com